FILED

08/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0164

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0164

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DONALD WAYNE PULST,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing, Court Reporter Cindy Prindiville is granted an extension of time to and including October 14, 2021, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
August 13 2021